# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

GOLDMAN

VERSUS

TAYLOR, ET AL.

CIVIL ACTION

20-110-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*[1]*,* the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated January 1, 2021, to which an *Objection*[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, this action is hereby DISMISSED WITHOUT PREJUDICE as legally frivolous and for failure to state a claim upon which relief may be granted, as Plaintiff failed to exhaust administrative remedies as required by 28 U.S.C. § 1997e, and this case is hereby CLOSED.

Signed in Baton Rouge, Louisiana the 4th day of February, 2021.

_____

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 14.
[3] Rec. Doc. 15.